Hearing Date and Time: March 8, 2016 at 2:00 p.m. (Eastern Time)

Barry G. Felder
Richard J. Bernard
Alissa M. Nann
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
T:  (212) 682-7474
F:  (212) 687-2329
E:  bgfelder@foley.com
E:  rbernard@foley.com
E:  anann@foley.com

*Proposed counsel to Alrose King David LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ALROSE KING DAVID LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-10536 (SHL) |

**NOTICE OF STATUS CONFERENCE TO BE HELD ON
MARCH 8, 2016 AT 2:00 P.M (ET)**

PLEASE TAKE NOTICE that a status conference in the above referenced matter has been scheduled to be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in courtroom 701 at the United States Bankruptcy Court, One Bowling Green, New York, NY 10004 on March 8, 2016, at 2:00 p.m.

Dated:  New York, New York
         March 7, 2016

4813-6244-1262.1

**FOLEY & LARDNER LLP**

/s/ Richard J. Bernard
Barry G. Felder
Richard J. Bernard
Alissa M. Nann
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: bfelder@foley.com
Email: rbernard@foley.com
Email: anann@foley.com

*Proposed counsel to Alrose King David LLC*

4813-6244-1262.1